UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

_____

| | |  |
|---|---|---|
| DEBRA PRESCOTT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3-11-0023 |
| | ) | |
| AEGIS RECEIVABLES | ) | |
| MANAGEMENT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

_____

## NOTICE OF SETTLEMENT
_____

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Tennessee, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 12th day of January, 2011

By: /s/ Paul K. Guibao
Paul K. Guibao
Attorney for Plaintiff
Weisberg & Meyers, LLC
1448 Madison Avenue
Memphis, TN 38104
Telephone: (602) 445 9819
Facsimile: (866) 565 1327
Email: pguibao@gmail.com

Notice Filed electronically on this 12th day of January, 2011, with:

United States District Court CM/ECF system


s/Jessica DeCandia
Jessica DeCandia