IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBRA PRESCOTT | ) |
| | ) |
| v. | ) NO. 3-11-0023 |
| | ) JUDGE CAMPBELL |
| AEGIS RECEIVABLES | ) |
| MANAGEMENT, INC. | ) |

ORDER

Plaintiff has filed a Notice of Dismissal Pursuant to Settlement (Docket No. 7), indicating that she wishes to voluntarily dismiss this action with prejudice. Accordingly, this case is DISMISSED with prejudice, and the Clerk is directed to close the file.

Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE