UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Debra Prescott )
 )
 ) Case No.: 3:11cv23
v. ) Judge Campbell
 )
Aegis Receivables Management, Inc. )
 )

### ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on February 9, 2011.

KEITH THROCKMORTON, CLERK
s/ Robbie Dail, Deputy Clerk